# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court                              824 Market Street
                                            Wilmington, DE 19801
                                            (302) 252-2900

Date:  November 4, 2005

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington De 19801

Re     WR Grace & Co., et al.
       Bankruptcy Case #01-1139
       Appeal #05-68

Enclosed you will find Notice of Appeal 05-68, docket #9551

Designation of Appellant docket #9635      Response to Appellant's Designation docket # 9922
Response to Debtor's Motion to Strike docket #10981

Kindly acknowledge receipt of this document.

                                            Sincerely,


                                            /s/ Betsy Magnuson
                                            Deputy Clerk


Please fill out the information below and return to Betsy Magnuson, Bankruptcy Court.

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.

By:_____
       Deputy Clerk

                                            _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*Bankruptcy Appeal Transmittal Sheet*

WR Grace & Co., et al.
Bankruptcy Case No. 01-1139
Appeal No.: 05-68

November 4, 2005

| | |
|---|---|
| **Name of Appellant** | PacifiCorp, Van Cott Bagley Cornwell & McCarthy |
| **Counsel for Appellant** | Richard Cobb Landis Rath & Cobb Llp |
| | 919 Market Street Suite 600 |
| | Wilmington DE 19899 |
| | |
| **Name of Appellee** | WR Grace & Co., et al |
| **Counsel for Appellee** | James E. O'Neill |
| | Pachulski Stang Ziehl Young & Jones |
| | 919 North Market Street 16th Floor |
| | Wilmington, DE 19899-8705 |
| | 302-652-4100 |

**Enclosed Items:**

Notice of Appeal 05-68, Copy of Appeal 9551, Order doc #9488

Appellant: Designation doc #9635

Appellee: Response doc #9922