IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related Docket No. 9635** |

**RESPONSE TO APPELLANTS' DESIGNATION OF RECORD AND MOTION TO STRIKE ISSUE THREE OF THE STATEMENT OF ISSUES PRESENTED ON APPEAL**

On October 12, 2005, at Docket No. 9635, PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (collectively, the "Appellants") filed a designation of record (the "Designation") and statement of issues presented on appeal (the "Statement of Issues"). The above-captioned debtors and debtors in possession (collectively, the "Debtors") (a) file this Response to correct one of the items misdesignated by the Appellants in the Designation, and (b) move to strike issue 3 as set forth in the Statement of Issues.

**Designation of Record**

The Debtors hereby correct one of the items misdesignated by the Appellants in the Designation. Item 7 of the Appellants' Designation, the "*Order Approving Stipulation and Agreed Order for Briefing on PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim singed and entered on September 22, 2005*," should be docket number 9489, and not 9488 as designated by the Appellants.

**Motion to Strike Issue Three of the Statement of Issues**

The Debtors move to strike issue 3 of the Appellants' Statement of Issues. The Court did not make a determination on the issue. At the hearing on February 28, 2005, in deciding the

DOCS_DE:112460.1

Appellants' motion for leave to file a late proof of claim, the Court focused its inquiry on whether actual notice was required under the circumstances, or whether publication notice was adequate. The Court did not inquire as to whether the claim itself was legitimate, but whether a late claim should be permitted. In particular, the Court stated:

> I'm not even sure there is an allowable claim against the estate, but I don't need to go there at this point in time because obviously that's not at issue today. The only question today is whether the claim should be permitted to be filed at all.

Transcript of Hearing on February 28, 2005, 28:21-25.

The Debtors therefore request that issue 3 of the Statement of Issues be stricken.

Dated: October 21, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Lori Sinanyan
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession