IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al. | )<br>) |
| PacifiCorp, VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan, | )<br>)  Civil Action No. 05-00764 RLB<br>) |
| Appellants, | )<br>)  Bankruptcy Case No. 01-1139 |
| v. | )<br>) |
| W.R. Grace & Co., et al. | )  Re: Docket Nos. 3 and 4<br>) |
| Appellees. | )<br>) |

### STIPULATION AND MOTION FOR ORDER RESOLVING DEBTORS' MOTION TO STRIKE

PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (collectively, the "Appellants") and the above-captioned debtors and debtors in possession (collectively, the "Debtors"), through their respective attorneys of record, hereby stipulate and agree that the Bankruptcy Court's Order Denying PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim Court (DI 7571) ("Court's Order Denying Leave to File Late Proofs of Claim") did not determine the issue of the allowability of Appellants' claim against the Debtors and request the Court to enter the attached Order striking Issue 3 of the Issues Presented on Appeal and preserving all rights with respect to that Issue.

### FACTUAL BACKGROUND

Appellants and Debtors agree upon the following facts, which are a material part of this stipulation:

1.  On October 12, 2005, Appellants filed their Designation of Record and Statement of Issues Presented on Appeal from the Order of the Honorable Judith K. Fitzgerald Entered September 22, 2005 (DI 9635).

2.  Included in Appellants' Statement of Issues Presented on Appeal is issue number three ("Issue Three"):

> Whether the court erred in concluding that the Appellants are not entitled to contribution under Section 113(f)(3)(b) of CERCLA from the Debtor for the costs of an EPA-ordered removal of asbestos contaminated soils from the [Vermiculite Intermountain Site in Salt Lake City, Utah ("Site")], where contamination of the Site resulted from the Debtor's arrangements to process Grace vermiculite on-Site?

3.  On October 21, 2005, the Debtors filed a Response to Appellants' Designation of Record and Motion to Strike Issue Three of the Statement of Issues Presented on Appeal (DI 9922), arguing that the Bankruptcy Court did not determine Issue Three, and moving the Court to strike Issue Three.

4.  It is unclear whether the Bankruptcy Court, in its Order Denying Leave to File Late Proofs of Claim, meant to determine the allowability of Appellants' claim. Appellants did not raise the issue in their Motion for Leave to File Late Claims. However, from its comments, the Bankruptcy Court raised some concern about the issue during the February 28, 2005 hearing. Furthermore, in the Bankruptcy Court's Order Denying Leave to File Late Proofs of Claim, the Bankruptcy Court adopted without limitation Debtors' arguments presented in the Debtors' Response to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Brief in Support of Their Motion for Leave to File Late Proofs of Claim (DI 8283), which,

among other things, argued that Appellants did not have an allowable claim against Debtors under CERCLA.

### STIPULATION RESOLVING DEBTORS' MOTION TO STRIKE

Based upon the preceding agreed Factual Background, and subject to Order of the Court, Appellants and Debtors hereby stipulate and agree as follows:

1. The Bankruptcy Court's Order Denying Leave to File Late Proofs of Claim did not determine the issue of whether Appellants have allowable claims against Debtors under CERCLA.

2. All objections, arguments and defenses relating to the allowability of Appellants' claim are preserved.

3. Appellants agree that Issue Three of the Appellants' Statement of Issues Presented on Appeal shall be deleted.

### MOTION FOR ORDER RESOLVING DEBTORS' MOTION TO STRIKE

Pursuant to the Stipulation Resolving Debtors' Motion to Strike, Appellants and Debtors jointly request that the Court enter an order approving the Stipulation Resolving Debtors' Motion to Strike in the form attached hereto as Exhibit A.

Dated: November 23, 2005

LANDIS RATH & COBB LLP

_____
Richard S. Cobb, Esquire (#3157)
Megan N. Harper, Esquire (#4103)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

3

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

**MABEY & MURRAY LC**

By: _____
Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

Attorneys for PacifiCorp

-and-

**VANCOTT, BAGLEY, CORNWALL & MCCARTHY**

By: _____
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

Attorneys for the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

4

-and-

**KIRKLAND & ELLIS LLP**

By: /s/ Janet S. Baer
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Lori Sinanyan
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200