IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |
| PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan,<br><br>     Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>     Appellee. | C.A. No. 05-764 (RLB) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
         ) SS
NEW CASTLE COUNTY )

  Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan in the above-referenced cases, and on the 23rd day of November, 2005, she caused a copy of the following document:

**STIPULATION AND MOTION FOR ORDER RESOLVING
DEBTORS' MOTION TO STRIKE**

to be served upon the following parties via facsimile:

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| The Honorable Ronald L. Buckwalter | US DISTRICT COURT FOR THE EASTERN DISTRICT OF PA | (215) 408-2800 | (215) 580-2153 |
| Steven J. McCardell, Esq.<br>Jared Inouye, Esq. | MABEY & MURRAY LC | (801) 320-6700 | (801) 359-8256 |
| J. Robert Nelson, Esq. | VAN COTT, BAGLEY, CORNWALL & MCCARTHY | (801) 237-0270 | (801) 534-0058 |

487.001-10099.DOC

| | | | |
|---|---|---|---|
| Laura Davis Jones, Esq. | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB | (302) 652-4100 | (302) 652-4400 |
| James H. M. Sprayregen, Esq. | KIRKLAND & ELLIS LLP | (312) 861-2000 | (312) 861-2200 |
| Michael R. Lastowski, Esq. | DUANE MORRIS LLP | (302) 657-4942 | (302) 657-4901 |
| Lewis Kruger, Esq. | STROOCK & STROOCK & LAVAN LLP | (212) 806-5400 | (212) 806-6006 |
| Peter Van N. Lockwood, Esq. | CAPLIN & DRYSDALE, CHARTERED | (202) 862-5000 | (202) 429-3301 |
| Matthew G. Zaleski, III, Esq. | CAMPBELL & LEVINE | (302) 426-1900 | (302) 426-9947 |
| Teresa K.D. Currier, Esq. | KLETT ROONEY LIEBER & SCHORLING | (302) 552-4220 | (302) 552-4295 |
| Philip Bentley, Esq. | KRAMER LEVIN NAFTALIS & FRANKEL LLP | (212) 715-9100 | (212) 715-8000 |
| Scott L. Baena, Esq. | BILXIN SUMBERG DUNN BAENA PRICE & AXELROD | (305) 374-7580 | (305) 374-7593 |
| Frank J. Perch, Esq. | OFFICE OF THE UNITED STATES TRUSTEE | (302) 573-6491 | (302) 573-6497 |

*Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 23rd day of November, 2005.

*Barbara J. Rost*
Notary Public

BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006

487.001-10099.DOC

| | | | |
|---|---|---|---|
| Laura Davis Jones, Esq. | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB | (302) 652-4100 | (302) 652-4400 |
| James H. M. Sprayregen, Esq. | KIRKLAND & ELLIS LLP | (312) 861-2000 | (312) 861-2200 |
| Michael R. Lastowski, Esq. | DUANE MORRIS LLP | (302) 657-4942 | (302) 657-4901 |
| Lewis Kruger, Esq. | STROOCK & STROOCK & LAVAN LLP | (212) 806-5400 | (212) 806-6006 |
| Peter Van N. Lockwood, Esq. | CAPLIN & DRYSDALE, CHARTERED | (202) 862-5000 | (202) 429-3301 |
| Matthew G. Zaleski, III, Esq. | CAMPBELL & LEVINE | (302) 426-1900 | (302) 426-9947 |
| Teresa K.D. Currier, Esq. | KLETT ROONEY LIEBER & SCHORLING | (302) 552-4220 | (302) 552-4295 |
| Philip Bentley, Esq. | KRAMER LEVIN NAFTALIS & FRANKEL LLP | (212) 715-9100 | (212) 715-8000 |
| Scott L. Baena, Esq. | BILXIN SUMBERG DUNN BAENA PRICE & AXELROD | (305) 374-7580 | (305) 374-7593 |
| Frank J. Perch, Esq. | OFFICE OF THE UNITED STATES TRUSTEE | (302) 573-6491 | (302) 573-6497 |

*Cathy A. Adams* (signature)
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 23rd day of November, 2005.

*Barbara J. Rost* (signature)
Notary Public

BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006

487.001-10099.DOC