# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>          Debtors.<br><br>PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan,<br><br>          Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>          Appellee. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br><br>C.A. No. 05-764 (RLB)<br><br><br>Re: Docket Nos. 9 and 10 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the Appellants' Brief [Docket No. 9] and the Appendix to the Appellants' Brief [Docket No. 10] with the Clerk of Court using CM/ECF which will send notification of such filings to the following: Laura Davis Jones and James E. O'Neill, III of Pachulski Stang Ziehl Young Jones & Weintraub.

I hereby certify that on November 28, 2005, I caused to be served via hand delivery the documents to the following non-registered participants:

**Official Committee of Personal Injury Claimants**

Matthew G. Zaleski, III, Esquire
CAMPBELL & LEVINE
800 King Street, Suite 300
Wilmington, DE 19801

**Official Committee of Unsecured Creditors**

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

487.001-10119.DOC

| | |
|---|---|
| **Official Committee of Equity Holders** | **U.S. Trustee** |
| Teresa K.D. Currier, Esquire<br>KLETT ROONEY LIEBER & SCHORLING<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Frank J. Perch, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 N. King Street<br>Wilmington, DE 19801 |

I hereby certify that on November 28, 2005, I caused to be mailed by the United States Postal Service, the documents to the following non-registered participants:

| | |
|---|---|
| **PacifiCorp** | **Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan** |
| Steven J. McCardell, Esquire<br>Jared L. Inouye, Esquire<br>MABEY & MURRAY LC<br>1000 Kearns Building<br>136 South Main Street<br>Salt Lake City, UT 84101-1685 | J. Robert Nelson, Esquire<br>VAN COTT, BAGLEY, CORNWALL & MCCARTHY<br>50 South Main Street<br>Salt Lake City, UT 84144-0450 |
| **Debtors** | **Official Committee of Unsecured Creditors** |
| James H. M. Sprayregen, P.C.<br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| **Official Committee of Personal Injury Claimants** | **Official Committee of Equity Holders** |
| Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005 | Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

**Official Committee of Property Damage Claimants**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
BILXIN SUMBERG DUNN BAENA PRICE & AXELROD
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 22131-2236

                                                                                               _____
                                                          Megan N. Harper (I.D. No. 4103)
                                                          LANDIS RATH & COBB LLP
                                                          919 Market Street, Suite 600
                                                          Wilmington, DE 19801
                                                          Telephone: (302) 467-4400
                                                          Email:  harper@lrclaw.com