## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |
| PacifiCorp and the VanCott Bagley<br>Cornwall & McCarthy 401(k) Profit<br>Sharing Plan, | C.A. No. 05-764 (RLB) |
| Appellants, | |
| v. | |
| W.R. Grace & Co., *et al.*, | |
| Appellee. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I electronically filed the Appellants' Reply Brief with the Clerk of Court using CM/ECF which will send notification of such filings to the following:   Laura Davis Jones and James E. O'Neill, III of Pachulski Stang Ziehl Young Jones & Weintraub.

I hereby certify that on December 21, 2005, I caused to be served via hand delivery the documents to the following non-registered participants:

**Official Committee of Personal Injury Claimants**

Matthew G. Zaleski, III, Esquire
CAMPBELL & LEVINE
800 King Street, Suite 300
Wilmington, DE 19801

**Official Committee of Unsecured Creditors**

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

487.001-10438.DOC

**Official Committee of Equity Holders**

Teresa K.D. Currier, Esquire
KLETT ROONEY LIEBER & SCHORLING
1000 West Street, Suite 1410
Wilmington, DE 19801

**U.S. Trustee**

Frank J. Perch, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street
Wilmington, DE 19801

I hereby certify that on December 21, 2005, I caused to be mailed by the United States

Postal Service, the documents to the following non-registered participants:

**PacifiCorp**

Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
MABEY & MURRAY LC
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685

**Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan**

J. Robert Nelson, Esquire
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
50 South Main Street
Salt Lake City, UT 84144-0450

**Debtors**

James H. M. Sprayregen, P.C.
Janet S. Baer, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601

**Official Committee of Unsecured Creditors**

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

**Official Committee of Personal Injury Claimants**

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005

**Official Committee of Equity Holders**

Philip Bentley, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

487.001-10438.DOC

**Official Committee of Property Damage
Claimants**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
BILXIN SUMBERG DUNN BAENA
PRICE & AXELROD
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 22131-2236

Megan N. Harper (I.D. No. 4103)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Email:  harper@lrclaw.com