IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>          Debtors.<br><br>PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan,<br><br>          Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>          Appellee. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br><br>C.A. No. 05-764 (RLB) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR. 7.1.4, the Appellants, PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan, hereby notify the Court that briefing is complete on their appeal (the "Appeal") from the final order (the "Order"), dated September 20, 2005 and entered September 22, 2005, issued by United States Bankruptcy Judge Judith K. Fitzgerald, which Order denied the Appellants' Motion for Leave to File Late Proofs of Claim.

487.001-10460.DOC

Appellants respectfully requests oral argument on the Appeal at the Court's convenience.

Dated: December 23, 2005

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (#3157)
Megan N. Harper (#4103)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for PacifiCorp and the Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

MABEY & MURRAY LC
Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

Attorneys for PacifiCorp

-and-

VANCOTT, BAGLEY, CORNWALL & MCCARTHY
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

Attorneys for the Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan