IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　Debtors.<br><br>PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan,<br><br>　　　　　Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　Appellee. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>C.A. No. 05-764 (RLB)<br><br>Re: Docket Nos. 9 and 10 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2005, I electronically filed a Request for Oral Argument (the "Request") with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Laura Davis Jones and James E. O'Neill, III of Pachulski Stang Ziehl Young Jones & Weintraub.

I hereby certify that on December 23, 2005, I caused to be served via hand delivery the Request to the following non-registered participants:

| | |
|---|---|
| **Official Committee of Personal Injury Claimants**<br><br>Matthew G. Zaleski, III, Esquire<br>CAMPBELL & LEVINE<br>800 King Street, Suite 300<br>Wilmington, DE 19801 | **Official Committee of Unsecured Creditors**<br><br>Michael R. Lastowski, Esquire<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |

487.001-10469.DOC

| | |
|---|---|
| **Official Committee of Equity Holders** | **U.S. Trustee** |
| Teresa K.D. Currier, Esquire<br>KLETT ROONEY LIEBER & SCHORLING<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Frank J. Perch, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 N. King Street<br>Wilmington, DE 19801 |

I hereby certify that on December 23, 2005, I caused to be mailed by the United States Postal Service the Request to the following non-registered participants:

| | |
|---|---|
| **PacifiCorp** | **Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan** |
| Steven J. McCardell, Esquire<br>Jared L. Inouye, Esquire<br>MABEY & MURRAY LC<br>1000 Kearns Building<br>136 South Main Street<br>Salt Lake City, UT 84101-1685 | J. Robert Nelson, Esquire<br>VAN COTT, BAGLEY, CORNWALL & MCCARTHY<br>50 South Main Street<br>Salt Lake City, UT 84144-0450 |
| **Debtors** | **Official Committee of Unsecured Creditors** |
| James H. M. Sprayregen, P.C.<br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| **Official Committee of Personal Injury Claimants** | **Official Committee of Equity Holders** |
| Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005 | Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

**Official Committee of Property Damage Claimants**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
BILXIN SUMBERG DUNN BAENA PRICE & AXELROD
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 22131-2236

_____
Richard S. Cobb (I.D. No. 3157)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Email: cobb@lrclaw.com