## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PACIFICORP AND VANCOTT                 :
BAGLEY CONRWALL & MCCARTHY,            :
                                       :    CIVIL ACTION NO. 05-764
           Appellants,                 :
                                       :
                                       :    BANKRUPTCY CASE NO. 01-1139
       v.                              :
                                       :
W.R. GRACE, et al.,                    :
                                       :
           Appellees.                  :

## ORDER

AND NOW, this ___16th___ day of August, upon consideration of Appellants' Brief

(Docket No. 9), Appellees' Brief (Docket No. 12), Appellants' Reply Brief (Docket No. 14), and

the Transcript of the Oral Argument held on January 10, 2006 (Docket No. 16), it is hereby

**ORDERED** that this appeal is **DENIED.** The final opinion and order the Bankruptcy Court,

entered on September 20, 2005, is **AFFIRMED**.

Further, the Court **STRIKES** Issue 3 of the Issues Presented on Appeal (Docket No. 2)

and preserves all rights with respect to that Issue, pursuant to the Stipulation and Motion for Order

Resolving Debtors' Motion to Strike (Docket No. 8).

                                   BY THE COURT:

                                   RONALD L. BUCKWALTER, S.J.

34