IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>           Debtors.<br><br>PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan,<br><br>           Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>           Appellee. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>C.A. No. 05-764 (RLB) |

**NOTICE OF APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan ("VanCott") hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Order entered on August 16, 2006 [Docket No. 17] by Judge Ronald L. Buckwalter denying the Appellants' appeal to the United States District Court for the District of Delaware of the final order, entered by United States Bankruptcy Judge Judith K. Fitzgerald on September 22, 2005, which denied the Appellants' Motion for Leave to File Late Proofs of Claim.

The parties to the Memorandum and Order appealed from and the names and addresses of their respective attorneys are as follows:

487.001-13767.DOC

| PARTY | COUNSEL |
|---|---|
| PacifiCorp | Steven J. McCardell, Esquire<br>DURHAM JONES & PINEGAR<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, Utah 84110<br>(801) 415-3000 Telephone<br>(801) 415-3500 Facsimile |
| Debtors | Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200 |
| Official Committee of Unsecured Creditors[*] | Michael R. Lastowski, Esquire<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4942<br>Facsimile: (302) 657-4901<br><br>Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |

---

[*] None of the Official Committees participated in briefing in the District Court.

487.001-13767.DOC                              2

| | |
|---|---|
| Official Committee of Property Damage Claimants | Scott L. Baena, Esquire<br>BILZIN SUMBERG BAENA PRICE & AXELROD<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593 |
| Official Committee of Personal Injury Claimants | Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br><br>Marla Eskin, Esquire<br>CAMPBELL & LEVINE<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947 |
| Official Committee of Equity Holders | Teresa K.D. Currier, Esquire<br>BUCHANAN INGERSOLL & ROONEY P.C.<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4220<br>Facsimile: (302) 552-4295<br><br>Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 |
| U.S. Trustee | Frank J. Perch, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |

Dated: September 13, 2006

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (#3157)
Rebecca L. Butcher (#3691)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

VANCOTT, BAGLEY, CORNWALL & MCCARTHY
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

Attorneys for the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

## CERTIFICATE OF SERVICE

I hereby certify that on September _13_, 2006, I caused a copy of the Notice of Appeal to be served upon the counsel of record listed below via hand delivery in the City of Wilmington and via U.S. First Class, postage-paid mail on the remaining parties.

_____
Megan. N. Harper (ID No. 4103)

| PARTY | COUNSEL |
|---|---|
| PacifiCorp | Steven J. McCardell, Esquire<br>DURHAM JONES & PINEGAR<br>111 East Broadway, Suite 900<br>P.O. Box 4050<br>Salt Lake City, Utah 84110<br>(801) 415-3000 Telephone<br>(801) 415-3500 Facsimile |
| Debtors | Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200 |
| Official Committee of Unsecured Creditors[†] | Michael R. Lastowski, Esquire<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4942<br>Facsimile: (302) 657-4901 |

---

[†] None of the Official Committees participated in briefing in the District Court.

487.001-13767.DOC

|  |  |
|---|---|
|  | Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Official Committee of Property Damage Claimants | Scott L. Baena, Esquire<br>BILZIN SUMBERG BAENA PRICE & AXELROD<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593 |
| Official Committee of Personal Injury Claimants | Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br><br>Marla Eskin, Esquire<br>CAMPBELL & LEVINE<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947 |
| Official Committee of Equity Holders | Teresa K.D. Currier, Esquire<br>BUCHANAN INGERSOLL & ROONEY P.C.<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4220<br>Facsimile: (302) 552-4295<br><br>Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 |

| | |
|---|---|
| U.S. Trustee | Frank J. Perch, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |